JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SCHWARZ,                    ) Case No. CV 14-2756-RGK (DTB)
                                    )
                    Petitioner,     )
                                    ) **J U D G M E N T**
          vs.                       )
                                    )
KEVIN CHAPPELL,                     )
WARDEN,                             )
                                    )
                    Respondent.     )
_____     )

　　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

　　　IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: April 23, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1